IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-423-FL

| UNITED STATES | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EBENEZER YEBOAH ASANE | ) | |

This matter is before the court on the government's motions for material witness warrant and to take deposition of Samuel Simon Sraha (DE 80, 83). Defendant is DIRECTED to file an expedited response to the instant motions, on or before **Friday, January 24, 2020.**

SO ORDERED, this the 22nd day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge