UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00423-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EBENEZER YEBOAH ASANE | ) | |

Upon motion of the United States of America, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that D.E. 106 be sealed by the Clerk from this date until further order by this Court.

This the 31st day of January 2020.

_____
LOUISE W. FLANAGAN
United States District Judge