IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-423-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **O R D E R** |
| EBENEZER YEBOAH ASANE, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the government's oral motion to stay release of defendant pending its filing of a motion, pursuant to 18 U.S.C. § 3145(a)(1), for revocation of the Order Setting Conditions of Release ("Release Order") entered by the undersigned at the conclusion of the detention hearing earlier today. The court finds that entry of a brief stay would facilitate the timely and efficient resolution of the review sought by the government without undue prejudice to defendant, and that the motion to stay should be allowed. In setting the deadline set forth herein, the court has considered, among other circumstances, the representation by counsel for the government, upon inquiry of the court, that the government could meet the deadline. The court requires a written motion for revocation, rather than accepting simply an oral motion, because the written motion itself and any supporting memorandum would provide the district judge with an explanation of the grounds for the motion and thereby facilitate prompt determination of it.

IT IS THEREFORE ORDERED that the government's motion to stay is granted. The government shall have until **12 p.m. June 2, 2020** to file its motion of revocation. The release of defendant pursuant to the Release Order is hereby STAYED until: (1) entry of an order resolving

the government's timely motion for revocation; or (2) 12:01 p.m. June 2, 2020, if the government fails to file such a motion. If the government has not filed a motion for revocation by the deadline set forth herein, defendant shall be released as soon as practicable without further order of the court.

So ordered, the 1st day of June 2020.

                                                Robert B. Jones, Jr.
                                                United States Magistrate Judge