IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-423-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| EBENEZER YEBOAH ASANE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon information received from the United States Marshals Service that, due to a COVID-19 outbreak at the jail where defendant is being held, defendant cannot be transported to the court for sentencing scheduled for tomorrow. Therefore, the court CONTINUES sentencing in this matter to a date to be determined by separate order.

SO ORDERED, this the 30th day of March, 2021.

                                              LOUISE W. FLANAGAN
                                              United States District Judge